COLUMBIA BROADCASTING SYSTEM, INC., ET AL.
v. ATKINSON ET AL.

No. 756. Decided June 30, 1958.*

*Homer I. Mitchell* for the Columbia Broadcasting System, Inc., et al., appellants in Nos. 756 and 757.

*Henry Kaiser, Emanuel L. Gordon* and *Michael G. Luddy* for appellant in No. 759.

*Harold A. Fendler* and *Daniel A. Weber* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeals are dismissed. Treating the papers whereon the appeals were taken as petitions for writs of certiorari, certiorari is denied.

MR. JUSTICE DOUGLAS took no part in the consideration or decision of these cases.

---

*Together with No. 757, *Radio Corporation of America et al.* v. *Anderson et al.*, and No. 759, *American Federation of Musicians of the United States and Canada* v. *Atkinson et al.*, also on appeals from the same Court.